# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3965

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Adrian Carillo-Guzman, also known | * | [UNPUBLISHED] |
| as Wesley Unknown, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  December 15, 2000

Filed:  December 20, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Adrian Carillo-Guzman seeks to withdraw his guilty plea to a drug conspiracy charge, arguing the district court did not inquire expressly whether he understood the Spanish translation of his change-of-plea proceeding. Given Carillo-Guzman's answers to the questions contained in his petition to plead guilty and posed at the change-of-plea hearing, as well as the availability of a Spanish interpreter before the hearing and the presence of two interpreters at the

hearing, we are confidant Carillo-Guzman understood the proceeding. See United States v. Martinez-Cruz, 186 F.3d 1102, 1104-05 (8th Cir. 1999).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.